```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    SUPERSEDING
                                     INDICTMENT
          - v. -                :
                                     S2 07 Cr. 961 (LBS)
OLIVIA JEANNE BOWEN,            :
NOEMI DODAKIAN,
     a/k/a "Emi Dodakian," and  :
CHONG SHING WU,
                                :
               Defendants.
                                :
- - - - - - - - - - - - - - - - x
```



COUNT ONE

The Grand Jury charges:

1.   From at least in or about early 2005, up to and including the filing of this Indictment, in the Southern District of New York and elsewhere, OLIVIA JEANNE BOWEN and NOEMI DODAKIAN, a/k/a "Emi Dodakian," the defendants, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 1343.

2.   It was a part and an object of the conspiracy that OLIVIA JEANNE BOWEN and NOEMI DODAKIAN, a/k/a "Emi Dodakian," the defendants, and others known and unknown, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, would and did transmit and cause to be transmitted by

means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

<u>OVERT ACTS</u>

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a. On or about July 13, 2005, a victim in New York ("Victim-1") wired $50,000 from a bank account in New York, New York to a bank account in Tennessee under the control of OLIVIA JEANNE BOWEN, the defendant, for a purported investment opportunity sponsored by a co-conspirator not named herein ("CC-1"), that promised high returns on investment in a short period of time.

b. On or about October 9, 2005, NOEMI DODAKIAN, a/k/a "Emi Dodakian," the defendant, e-mailed Victim-1 in New York, New York to inform him that he should expect return of his principal within a week.

(Title 18, United States Code, Section 1349.)

2

## COUNT TWO

The Grand Jury further charges:

4. From at least in or about early 2005, up to and including the filing of this Indictment, in the Southern District of New York and elsewhere, OLIVIA JEANNE BOWEN, NOEMI DODAKIAN, a/k/a "Emi Dodakian," and CHONG SHING WU, the defendants, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 1343.

5. It was a part and an object of the conspiracy that OLIVIA JEANNE BOWEN, NOEMI DODAKIAN, a/k/a "Emi Dodakian," and CHONG SHING WU, the defendants, and others known and unknown, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## OVERT ACTS

6. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among

3

others, were committed in the Southern District of New York, and elsewhere:

      a. On or about July 14, 2005, OLIVIA JEANNE BOWEN, the defendant, wired $10,000, representing proceeds of the conspiracy, to a co-conspirator not named herein ("CC-2") from a bank in Tennessee.

      b. On or about August 12, 2005, CC-2 wired $50,000 to CHONG SHING WU, the defendant, representing proceeds of the conspiracy, from Arizona via a bank in New York, New York.

      c. On or about May 21, 2007, NOEMI DODAKIAN, a/k/a "Emi Dodakian," told a victim in Nevada ("Victim-2") that a purported investment opportunity sponsored by CC-2 had been vetted by the Federal Bureau of Investigation ("FBI").

      d. On or about September 14, 2007, CC-2 caused a UC to send $450 by wire from New York, New York to CC-2 to invest in CC-2's purported investment program.

      e. On or about November 20, 2007, WU spoke with a victim ("Victim-3") in Illinois via telephone about the failure of the program to pay promised returns.

(Title 18, United States Code, Section 1349.)

### FORFEITURE ALLEGATION: COUNT ONE

7. As a result of committing the offenses alleged in Count One of the Indictment, defendants OLIVIA JEANNE BOWEN and NOEMI DODAKIAN, a/k/a "Emi Dodakian," shall forfeit to the United

States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offenses, including but not limited to the following:

    a.   At least $5 million in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the wire fraud conspiracy offenses charged in Count One of the Indictment.

<u>Substitute Asset Provision</u>

    b.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982, and Title 28, United States Code, Section 2461.)

<u>FORFEITURE ALLEGATION: COUNT TWO</u>

8.   As a result of committing the offenses alleged in Count Two of the Indictment, defendants OLIVIA JEANNE BOWEN, NOEMI DODAKIAN, a/k/a "Emi Dodakian," and CHONG SHING WU shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the said offenses, including but not limited to the following:

a.   At least $7 million in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the wire fraud conspiracy offenses charged in Count Two of the Indictment.

<u>Substitute Asset Provision</u>

b.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982, and Title 28, United States Code, Section 2461.)

/s/ _____
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

3/5/08 Filed Indictment under Seal.
Ellis J

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

OLIVIA JEANNE BOWEN,
NOEMI DODAKIAN,
a/k/a "Emi Dodakian,"
and CHONG SHING WU,

Defendants.

---

**SUPERSEDING**
**INDICTMENT**

S2 07 Cr. 961 (LBS)

(18 U.S.C. § 1349.)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.