UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,               S1 07 Cr. 961 (LBS)

    - against -                         NOTICE OF APPEARANCE

CHONG SHING WU,
                          Defendant.
-----------------------------------------------------x

    Undersigned counsel hereby notes his appearance on behalf of defendant CHONG SHING WU in the above-captioned matter and requests that he receive Notices of Electronic Filing in this case.

Dated:  New York, New York
         September 3, 2008

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      SETH GINSBERG
                                                      Attorney at Law
                                                      225 Broadway, Suite 715
                                                      New York, New York 10007
                                                      212-637-9202
                                                      646-607-8597 (fax)
                                                      srginsberg@mac.com